Exhibit #1

**Ruth Ann Johnson**
**Court Reporter Service**
P.O. Box 13723
Grand Forks, ND 58208



INVOICE
DATE: 6/22/15
INVOICE # 19049

Tax ID # 20-0901332

**BILL TO:**
Howard D. Swanson, Attorney at Law
Kellie E. Ebertowski, Attorney at Law
SWANSON & WARCUP, LTD
P.O. Box 12909
Grand Forks, North Dakota 58208-2909

| Description | Amount |
|---|---|
| Brossart vs. Janke, et al; Audiovisual depositions of Rodney, Susan and Thomas Brossart, 5-29-15; Depositions of Abby and Jacob Brossart, 5-29-15, Grand Forks, North Dakota | |
| Appearance time, 5-28-15 | 362.50 |
| Original and one copy of Rodney Brossart deposition | 700.00 |
| Original and one copy of Susan Brossart deposition | 320.00 |
| Original and one copy of Thomas Brossart deposition | 352.00 |
| Appearance time, 5-29-15 | 225.00 |
| Original and one copy of Abby Brossart deposition | 367.5 |
| Original and one copy of Jacob Brossart deposition | 480.00 |
| Copy of exhibit | 0.25 |
| Color copies | 2.48 |

SUBTOTAL  $2,809.73

**OTHER COMMENTS**
Condensed, index, e-mail

TOTAL  $2,809.73

PAYABLE UPON RECEIPT

*Thank You For Your Business!*

# LEGAL MEDIA of Fargo-Moorhead

P.O. box 96 Hawley, Minnesota 56549 telephone 701-261-8497

## ❖❖❖ INVOICE

| # | TOTAL DUE | 998.05 |
|---|---|---|
| Videographer | | Jeffrey D. Anders CLVS |
| Invoice number | | 1689 |
| Invoice date | | 6/2/2015 |
| Deponent | | Brossart - Rodney, |
| Deponent | | Susan and Thomas |
| Deposition date | | 5/28/2015 |
| location taken | | Ruth Ann Johnson Reporter Service Grand Forks, North Dakota |
| Court Reporter | | Ruth Ann Johnson |
| Date Payment Received | | |

### SOLD TO

| Name | Howard D. Swanson |
|---|---|
| Address (line 1) | 1397 Library Circle |
| Address (line 2) | Suite 202 |
| City, State | Grand Forks, North Dakota |
| Postal code | 58208-2909 |
| Telephone | |
| Company name | Swanson & Warcup Limited |

### SHIPPED TO

Retype the following only if the name and address are not the same as the SOLD TO name and address.

| Name | Howard D. Swanson |
|---|---|
| Address (line 1) | 1397 Library Circle |
| Address (line 2) | Suite 202 |
| City, State or Prov. | Grand Forks, North Dakota |
| Postal code, Country | 58208-2909 |
| Company name | Swanson & Warcup Limited |

Please make checks payable to:
**Legal Media of Fargo-Moorhead**

| REF NO. | QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|---|
| | 1 | setup, test, & first hour | 200.00 | 200.00 |
| | 6 | additional hour | 100.00 | 600.00 |
| | | (weekend rates) | | |
| | 4 | Video transfer to DVD | 15.00 | 60.00 |
| | 0 | video conversion to Mpeg 1 | 75.00 | |
| | 0 | Elmo document camera | 100.00 | 0.00 |
| | 0 | Video/audio streaming | 200.00 | |
| | 0 | CD duplication on Lightscribe | 10.00 | |
| | 0 | DVD duplication on Lightscribe | 15.00 | |
| | 0 | courtroom playback (first hour) | 200.00 | |
| | 0 | playback - additional hour(s) | 100.00 | |
| | | parking | | |
| | 0 | drive time | 50.00 | |
| | 214 | mileage @ .575/mile | 0.575 | 123.05 |
| | | lodging - | | 0.00 |
| | | parking fee | | |
| | | meals & gratuity | | |
| | | Late Cancellation Fee | | |
| | | (less than 24 hour notice) | | |
| | | late fee ( 1.5 % / month) | | |
| | | **SUBTOTAL** | | 983.05 |
| | | **SHIPPING & HANDLING** | | 15.00 |
| | | **PAID ON ACCOUNT** | | |
| | | **PLEASE PAY THIS AMOUNT** | | 998.05 |
| | | **TERMS: Due upon delivery** | | |

```
                                    INVOICE NO. 41253

                         KRISTIN HOIUM
                      VERBATIM REPORTING
                       8906 ASHLEY TERRACE
                           SUITE 100
                     MINNEAPOLIS, MN  55443
                     TELEPHONE 763-493-4535
                        FAX 763-493-4532


        TO:  Howard Swanson
             1397 Library Circle
             Suite 202
             Grand Forks, ND 58208


                                    DATE:  11-11-15


        RE: Brossart vs. Janke
        DEPOSITION OF:  Matthew Stiehm
        ------------------------------------------------
        ------------------------------------------------
        DATE OF DEPOSITION: 10-28-15

        (X) Original                        $

        ( ) Copy                            $

        ( ) Other (Appearance)              $

        (X) Original mailed

                            TOTAL DUE:   $714.00

        PLEASE MAKE CHECK PAYABLE TO
              VERBATIM REPORTING
                 26-3867959
         ***INCLUDE INVOICE NO.***

        TERMS NET 30 DAYS
```

DENISE M. ANDAHL INC.
EMINETH & ASSOCIATES
216 North 2nd Street, Suite 102
Bismarck, ND 58501
(701)255-3513  FAX: (701)255-6079

RECEIVED
JUL 09 2015

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/7/15 | 1756 |

| BILL TO | RE: |
|---|---|
| Mr. Howard D. Swanson<br>Swanson & Warcup, Ltd.<br>PO Box 12909<br>Grand Forks, ND 58208-2909 | Brossart v. Janke, et al. |

| DESCRIPTION | AMOUNT |
|---|---|
| Transcript of deposition of Eric Braathen taken in Dickinson on June 3, 2015 (1 copy - enclosed) | 243.00 |
| Please make check payable to Denise M. Andahl Inc. at the above address.  EIN 45-0424323 | |

Please return blue copy with payment.  Thank you.

**Total** 243.00

Ruth Ann Johnson  
Court Reporter Service  
P.O. Box 13723  
Grand Forks, ND 58208



RECEIVED  
MAY 26 2015

| | INVOICE |
|---|---|
| DATE: | 5/26/15 |
| INVOICE # | 19025 |

Tax ID # 20-0901332

**BILL TO:**  
Howard D. Swanson, ESQ.  
SWANSON & WARCUP, LTD.  
P.O. Box 12909  
Grand Forks, North Dakota 58208-2909

| | |
|---|---:|
| Brossart vs. Janke, et al; Depositions of Kelly Janke and Wesley Davidson, 5-13-15, Grand Forks, North Dakota | |
| Copy of Janke deposition | 361.00 |
| Copy of Davidson deposition | 55.10 |
| Copy of exhibits | 9.50 |

| | |
|---|---:|
| SUBTOTAL | $425.60 |
| TOTAL | $425.60 |

**OTHER COMMENTS**  
condensed, index, e-mail condensed and index

PAYABLE UPON RECEIPT

*Thank You For Your Business!*

Ruth Ann Johnson
Court Reporter Service
P.O. Box 13723
Grand Forks, ND 58208



INVOICE
DATE: 6/23/15
INVOICE # 19037

Tax ID # 20-0901332

**BILL TO:**
Howard D. Swanson, ESQ.
SWANSON & WARCUP, LTD.
P. O. Box 12909
Grand Forks, North Dakota 58208

| Brossart v. Janke et al; Depositions of Odell Flaagan, Naomi Ferguson and Keith Olson, 6-10-15, Lakota, North Dakota | |
|---|---:|
| Copy of Flaagan deposition | 127.30 |
| Copy of Ferguson deposition | 129.20 |
| Copy of Olson deposition | 144.4 |

SUBTOTAL $400.90

**OTHER COMMENTS:**
mini/index/e-mailed PDF m/i

JF

TOTAL $400.90

PAYABLE UPON RECEIPT

*Thank You For Your Business!*

RECEIVED
JUN 23 2015

Ruth Ann Johnson
Court Reporter Service
P.O. Box 13723
Grand Forks, ND 58208



RECEIVED
NOV 30 2015

DATE: 11/30/15
INVOICE # 19222

INVOICE

Tax ID # 20-0901332

**BILL TO:**
Howard D. Swanson, ESQ.
SWANSON & WARCUP, LTD.
P. O. Box 12909
Grand Forks, North Dakota  58208

| Description | Amount |
|---|---|
| Brossart v. Janke et al; Telephonic Depositions of Michael Brave and Mark Kroll, Ph.D., 11-10-15, Grand Forks, North Dakota | |
| Copy of Brave deposition | 153.60 |
| Copy of Kroll deposition | 127.20 |

SUBTOTAL  $280.80

**OTHER COMMENTS**
condensed, index and e-mailed PDF m/i

JF

TOTAL  $280.80

PAYABLE UPON RECEIPT

*Thank You For Your Business!*

ERIN JOSTAD TRANSCRIBING SERVICES, LLC.                    6/17/15

INVOICE

Erin Jostad

3504 Buchanan St. S.

Fargo, ND 58104

701-741-4411

"Transcript of Arrest of Rodney Brossart"

| | |
|---|---|
| Transcription Fee- | $30.00 |
| 14 pages @ $2.00 per page- | $28.00 |
| Total- | $58.00 |

From: Jirout, Tracy [TJirout@ndcourts.gov]
Sent: Wednesday, September 16, 2015 11:47 AM
To: Tenneson, Jayme J.
Subject: RE: estimate

Mr. Tenneson, the Rodney Brossart trial transcript without jury selection estimate came to

$2,198.


Sincerely,

Tracy Jirout, CSR
Official Court Reporter
P.O. Box 6347
Grand Forks, ND 58206-6447
(701)787-2744



-----Original Message-----
From: Tenneson, Jayme J. [mailto:jjtenneson@nd.gov]
Sent: Tuesday, September 15, 2015 6:42 AM
To: Jirout, Tracy
Subject: RE: estimate

Hi Tracy

This is a non appeal transcript.

From: Jirout, Tracy [TJirout@ndcourts.gov]
Sent: Monday, September 14, 2015 5:41 PM
To: Tenneson, Jayme J.
Subject: estimate

Dear Mr. Tenneson, I was emailed that you would like a copy of the Brossart Trial. I would need to know if this would be a non-appeal transcript since the estimate would be different.

As soon as you let me know, I will estimate the cost for you.


Thank you!
Sincerely,

Tracy Jirout, CSR
Official Court Reporter
P.O. Box 6347
Grand Forks, ND 58206-6447
(701)787-2744

| | | | 34154 |
|---|---|---|---|
| **SWANSON & WARCUP, LTD.** ATTORNEYS AT LAW 1397 LIBRARY CIRCLE, SUITE 202 P.O. BOX 12909 PH. 701-772-3407 GRAND FORKS, ND 58208-2909 | **Bremer Bank** 3100 South Columbia Rd Grand Forks, ND 58201 • 701-795-4500 1-800-908-BANK • Bremer.com 75-1041-960 | EZShield℠ Check Fraud Protection for Business | |

PAY **\*\*Two Thousand One Hundred Ninety-eight and no/100 Dollars\*\***

TO THE ORDER OF

**Nelson County**

DATE: **10/1/15**

AMOUNT: **$2,198.00**

RE: Reimbursement for copy of Rodney Brossart trial transcript

AUTHORIZED SIGNATURE

⑈034154⑈ ⑆096010415⑆ 0700500 7⑈

---

**SWANSON & WARCUP, LTD.** 34154

RE: Reimbursement for copy of Rodney Brossart trial transcript
NDIRF (Nelson Co.) Brossart

$2,198.00 -- 6066

280-106

10/1/15

HDS

---

**SWANSON & WARCUP, LTD.** 34154

RE: Reimbursement for copy of Rodney Brossart trial transcript
NDIRF (Nelson Co.) Brossart

$2,198.00 -- 6066

280-106

10/1/15

HDS

PRODUCT SSLT111   USE WITH 91500 ENVELOPE          PRINTED IN U.S.A.          A

473 F382AC CHIXRX02 10/14/2014 17:13

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016 a true and correct copy of the foregoing

- **DEFENDANTS' VERIFIED BILL OF COSTS AND DISBURSEMENTS**

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

>Timothy C. Lamb
>lamb-law@earthlink.net

Dated: January 15, 2016

>/s/ Howard D. Swanson
>HOWARD D. SWANSON          ND ID#04075
>Special Assistant States Attorney
>SWANSON & WARCUP, LTD.
>1397 Library Circle   Suite 202
>Grand Forks, ND   58208-2909
>Telephone No. (701) 772-3407
>hswanson@swlawltd.com
>
>Attorney for Defendants